IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LAM TRAN,

           Plaintiff,

vs.

GREIF PACKAGING, LLC,

           Defendant.

4:14CV3226

**ORDER**

      IT IS ORDERED that the unopposed motion to continued, (Filing No. 17), is granted as follows:

1)     The trial and pretrial conference settings, and all expired deadlines within the court's progression order entered on December 23, 2014 ((Filing No. 10), are unchanged.

2)     The telephonic conference set for November 3, 2015 is cancelled.

3)     A telephonic conference with the undersigned magistrate judge will be held on July 7, 2015 at 11:30 a.m. to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4)     The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is April 30, 2015.

5)     The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:
        For the plaintiff(s):        June 30, 2015.
        For the defendant(s):      July 31, 2015.
        Any rebuttal disclosure:    August 31, 2015.

6)     The deposition deadline is September 30, 2015.

7)     The deadline for filing motions to dismiss and motions for summary judgment is October 15, 2015.[1]

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 15, 2015.

May 1, 2015.

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge

---

in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.