## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

LAM TRAN,

                    Plaintiff,                          **4:14CV3226**

          vs.

GREIF PACKAGING, LLC,                                   **ORDER**

                    Defendant.


IT IS ORDERED:

The motion to permit JoAnna S. DeWald to withdraw as counsel on behalf of the plaintiff, (filing no. 19), is granted.

June 12, 2014.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge